# DOCUMENTS TO BE SEALED

## <u>PLAINTIFF</u>

-V-

## <u>DEFENDANT</u>

<u>DOCKET</u>
<u>NUMBER:</u> **21 CV 11096**

<u>DATE FILED:</u> **DEC 2 8 2021**

<u>SIGNED BY:</u> **JUDGE BRODERICK**

<u>DATE SIGNED:</u> **DEC 2 7 2021**

<u>TO BE FILED UNDER SEAL:</u>

_____ ENTIRE ACTION

_____ COMPLAINT/PETITON ONLY

✗ OTHER DOCUMENTS/EXHIBITS