```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
(RC) 2 PHARMA CONNECT, LLC,                                      :
                                                                 :
                        Plaintiff,                               :
                                                                 :          21-cv-11096 (LJL)
        -v-                                                      :
                                                                 :              ORDER
MISSION PHARMACAL COMPANY,                                       :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2021

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephonic conference on January 3, 2022, at 1:00 p.m. regarding Plaintiff's application for a temporary restraining order and preliminary injunction.  The parties are directed to use the Court's teleconference line at 888-251-2909, Access Code 2123101.

      The parties are directed to meet and confer in advance of the conference with respect to redactions of filings as to which a motion to seal has been filed in anticipation that at the Monday conference the Court will direct the parties expeditiously to file a more narrowly tailored motion to seal limited to that information within documents that satisfies the *Lugosch* standard, 435 F.3d 110 (2d Cir. 2006), and that would not involve the filing of any entire documents (whether agreements or emails) under seal.

      SO ORDERED.

Dated: December 30, 2021
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge